## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :   No. 151 EAL 2023
                                          :
          Respondent             :
                                          :  Petition for Allowance of Appeal
                                          :  from the Order of the Superior Court
          v.                    :
                                          :
JOSE TORRES,                      :
                                          :
          Petitioner               :

COMMONWEALTH OF PENNSYLVANIA,  :   No. 152 EAL 2023
                                            :
          Respondent             :
                                          :  Petition for Allowance of Appeal
                                          :  from the Order of the Superior Court
          v.                    :
                                          :
JOSE TORRES,                      :
                                          :
          Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 26th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.